FILED
2015 JAN -7 PM 4:36

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SCOTT A. ELLIOTT, MING-HANG HO, AND THE ROXANA H. CUPPLES REVOCABLE INTER VIVOS TRUST, PLAINTIFFS, | § § § § § |
| V. | § CAUSE NO. 1:14-CV-972-LY |
| MISSION TRUST SERVICES, LLC, CHRISTOPHER C. FINLAY, THE CORPORATION TRUST COMPANY AND MICHAEL T. HOSMER, DEFENDANTS. | § § § § § § |

## FINAL JUDGMENT

Before the court is the above styled and numbered cause. By separate order signed this day, the court transferred Non-Party David Wieland's Motion for Protective Order and Motion to Quash Subpoena to Testify at a Deposition filed October 28, 2014 (Clerk's Doc. No. 1) to the United States District Court for the Northern District of Illinois, Eastern Division. The court also dismissed all motions pending in this action. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that this case is **CLOSED**.

SIGNED this 7th day of January, 2015.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE