

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**THOMAS G. BRUTON**
    **CLERK**

1/22/2015

312-435-5698

In Re: Elliott et al v. Mission Trust Services, LLC et al

USDC for the Northern District of Illinois Case No**: 15 CV 650**

This is to advise the parties that the above titled case has been electronically transferred to the Northern District of Illinois from the Western District of Texas, Elliott et al v. Mission Trust Services, LLC et al, (1:14-cv-00972).The case has been assigned number **15 CV 650** to the Honorable Thomas M. Durkin.

The purpose of this letter is to inform you that the Local Rule 83.15 of this Court require that an appearance form be filed by an attorney who intends to represent a party in any proceeding before this Court.

For further information, you may visit our website address at: www.ilnd.uscourts.gov for the United States District Court, Northern District of Illinois, Eastern Division.

    Sincerely yours,
    Thomas G. Bruton, Clerk


    By:    /s/ Marsha E. Glenn
               Deputy Clerk