IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SCOTT A. ELLIOTT, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 15-cv-650 |
| v. ) | |
| ) | Judge Charles R. Norgle, Sr. |
| MISSION TRUST SERVICES, LLC, *et al.*, ) | |
| ) | Magistrate Judge Jeffrey N. Cole |
| Defendants. ) | |

**NOTICE OF MOTION**

To: James Hampton Skelton
Skelton & Woody
248 Addie Roy Road, Suite B-302
Austin, TX 78746

    PLEASE TAKE NOTICE that on Friday, February 20, 2015, at 10:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Charles R. Norgle, in courtroom 2341 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and present Mission Parties' Motion for Partial Referral to a Magistrate Judge Pursuant to Local Rules 72.1 and 73.1.

                                              /s/ James D. Adducci
                                              One of the attorneys for defendants, Mission Trust Services, LLC and Christopher C. Finlay

James D. Adducci
Marshall L. Blankenship
Adducci, Dorf, Lehner, Mitchell
  & Blankenship, P.C.
150 North Michigan Avenue, Suite 2130
Chicago, Illinois 60601
(312) 781-2800

William G. Tishkoff
Sarah L. Wixson
Tishkoff & Associates PLLC
407 North Main Street
Ann Arbor, MI 48104