IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SCOTT A. ELLIOTT, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 15-cv-00650 |
| v. ) | |
| ) | Judge Charles R. Norgle, Sr. |
| MISSION TRUST SERVICES, LLC, *et al.*, ) | |
| ) | Magistrate Judge Jeffrey N. Cole |
| Defendants. ) | |

**NOTICE OF WITHDRAWAL WITHOUT PREJUDICE
OF MOTION FOR PARTIAL REFERRAL TO A MAGISTRATE JUDGE**

Defendant/Counter-Plaintiff Mission Trust Services, LLC and Defendant Christopher C. Finlay, through their undersigned counsel, hereby confirm the withdrawal without prejudice of their Renewed Motion for Partial Referral to a Magistrate Judge Pursuant to Local Rules 72.1 and 73.1 (Docket #44), which had been noticed for presentation to Judge Norgle on March 13, 2015, at 10:30 a.m (Docket #45).

                                                Respectfully submitted,

                                                /s/ William G. Tishkoff
                                                One of the attorneys for defendants, Mission Trust
                                                Services, LLC and Christopher C. Finlay

William G. Tishkoff
Sarah L. Wixson
Tishkoff & Associates PLLC
407 North Main Street
Ann Arbor, MI  48104
(734) 663-4077

James D. Adducci
Marshall L. Blankenship
Adducci, Dorf, Lehner,
  Mitchell & Blankenship, P.C.
150 North Michigan Avenue, Suite 2130

Chicago, IL 60601
(312) 781-2807

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing Notice of Withdrawal Without Prejudice of Motion for Partial Referral to a Magistrate Judge was served by CM/ECF on March 12, 2015, upon:

    Joseph E. Collins
    DLA Piper LLP (US)
    203 N. LaSalle St., Suite 1900
    Chicago, Illinois 60601-1293


      /s/ William G. Tishkoff